JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ROSENDO CUAZITL,

        Petitioner,

   v.

FERETI SEMAIA, et al.,

        Respondents.

No. 5:26-CV-2225-DSR

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition is granted, and that Judgment is entered in favor of Petitioner and against Respondents.

DATED: May 12, 2026    _____

        HON. DANIEL S. ROBERTS
        UNITED STATES MAGISTRATE JUDGE